962 So.2d 439 (2007)
David W. POYDRAS
v.
DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS.
No. 2006-CI-2687.
Supreme Court of Louisiana.
August 31, 2007.
In re Poydras, David W.;  Plaintiff;. Applying for Supervisory and/or Remedial *440 Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. D, Nos. 539,264, 540,042, 540,631, 540,891; to the Court of Appeal, First Circuit, No(s). 2006 CW 1197, 2006 CW 1435, 2006 CW 1328, 2006 CW 1360.
Denied.
KNOLL, J., recused.